JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>BONITA PIPELINE, INC., a California corporation; FRANCISCO JAVIER MARQUEZ, an individual; and LAURA ROSAS MARQUEZ, an individual,<br><br>Defendants. | CASE NO.: CV 14-9024 FMO (PLAx)<br><br>ASSIGNED TO THE HONORABLE FERNANDO M. OLGUIN<br><br>**[PROPOSED] JUDGMENT** |

1

[PROPOSED] JUDGMENT

907428

This action having been commenced on November 21, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against defendants, Bonita Pipeline, Inc., a California corporation, Francisco Javier Marquez, an individual, and Laura Rosas Marquez, an individual, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from Defendants Bonita Pipeline, Inc., a California corporation, Javier Francisco Marquez, an individual, and Laura Rosas Marquez, an individual, jointly and severally, the principal amount of $109,361.96, plus pre-judgment and post-judgment interest thereon accruing from January 13, 2015, until paid at the rate of eight percent (8%) per annum.

DATED: January 21, 2015

/s/ Honorable Fernando M. Olguin
_____
UNITED STATES DISTRICT COURT JUDGE

907428

2
[PROPOSED] JUDGMENT